Duane DENNIS, Appellant,

v.

GELCO DISTRIBUTION SERVICES, and Employers Insurance of Wausau, Employer and Insurer, and The Treasurer of the State of Missouri as Custodian of the Second Injury Fund, Respondents.

No. 63613.

Missouri Court of Appeals,
Eastern District,
Division One.

Sept. 21, 1993.

Gary J. Sanguinet, Brown & Crouppen, St. Louis, for appellant.

Ernest F. Brasier, Mark C. Ellhoffer, St. Louis, Maria W. Campbell, Office of the Atty. Gen., Jefferson City, for respondents.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

### ORDER

PER CURIAM.

Claimant appeals the Labor and Industrial Relations Commission's (Commission) denial of his claim against Gelco Distribution Services, Wausau Insurance Company, and the Treasurer of the State of Missouri, as Custodian of Missouri's Second Injury Fund. We affirm. The findings and conclusions of the Commission are supported by competent and substantial evidence on the whole record; an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.-16(b).

Michael J. FREYMUTH and Donna Freymuth, Respondents/Plaintiffs,

v.

WOODRUN DEVELOPMENT CORPORATION, d/b/a Norco Development Company, Appellant/Defendant.

No. 62612.

Missouri Court of Appeals,
Eastern District,
Division Four.

Sept. 21, 1993.

David M. Korum, Jones, Korum & Jones, Clayton, for appellant/defendant.

Irwin M. Roitman, Clayton, for respondents/plaintiffs.

Before GRIMM, P.J., and CARL R. GAERTNER and AHRENS, JJ.

### ORDER

PER CURIAM.

Defendant Woodrun Development Corp., d/b/a Norco Development Company (builder) appeals the trial court's judgment awarding Michael and Donna Freymuth (purchasers) $9,832.93 on their amended petition and awarding builder $3,146.44 on its counterclaim.

After a thorough review of the record on appeal and the briefs of the parties, we have determined that the judgment of the trial court is reviewable under Rule 73.01, is supported by substantial evidence, and is not against the weight of the evidence. Rule 73.01; *Murphy v. Carron,* 536 S.W.2d 30 (Mo. banc 1976). We also find that an opinion would have no precedential value.

The judgment of the trial court is affirmed in accordance with Rule 84.16(b).